B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MCCULLOCH, MICHAEL TODD** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5799** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10144 PINNACLE VIEW PLACE**<br>**LAS VEGAS, NV**<br>ZIP Code **89134** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**CLARK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- □ Corporation (includes LLC and LLP)
- □ Partnership
- □ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- □ Health Care Business
- □ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- □ Railroad
- □ Stockbroker
- □ Commodity Broker
- □ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- □ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- □ Chapter 9
- □ Chapter 11
- □ Chapter 12
- □ Chapter 13
- □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- □ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- □ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- □ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- □ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- □ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- □ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- □ A plan is being filed with this petition.
- □ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- □ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □ | ■ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| □ | □ | □ | □ | ■ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| □ | □ | □ | □ | ■ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MCCULLOCH, MICHAEL TODD** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td> <b>Exhibit A</b> <br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td> <b>Exhibit B</b> (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)        (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>(Name of landlord that obtained judgment)

_____<br>(Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(1/08)** Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**MCCULLOCH, MICHAEL TODD**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ MICHAEL TODD MCCULLOCH**
Signature of Debtor **MICHAEL TODD MCCULLOCH**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February 17, 2009**
Date

### Signature of Attorney*

**X** **/s/ Zachariah Larson**
Signature of Attorney for Debtor(s)

**Zachariah Larson 7787**
Printed Name of Attorney for Debtor(s)

**LARSON & STEPHENS, LLC**
Firm Name

**810 S. CASINO CENTER BLVD.**
**SUITE 104**
**LAS VEGAS, NV 89101**

_____
Address

**Email: zlarson@lslawnv.com**
**(702) 382-1170  Fax: (702) 382-1169**
Telephone Number

**February 17, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### District of Nevada

In re    **MICHAEL TODD MCCULLOCH** _____    Case No. _____

    Debtor(s)    Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ MICHAEL TODD MCCULLOCH**
                         **MICHAEL TODD MCCULLOCH**

Date:   **February 17, 2009**

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

### <u>Chapter 7</u>: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### <u>Chapter 13</u>: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

    I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Zachariah Larson 7787** | X  **/s/ Zachariah Larson** | **February 17, 2009** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**810 S. CASINO CENTER BLVD.**
**SUITE 104**
**LAS VEGAS, NV 89101**
**(702) 382-1170**
**zlarson@lslawnv.com**

### Certificate of Debtor

    I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **MICHAEL TODD MCCULLOCH** | X  **/s/ MICHAEL TODD MCCULLOCH** | **February 17, 2009** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re  **MICHAEL TODD MCCULLOCH**

Debtor

Case No.

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 969,000.00 | | |
| B - Personal Property | Yes | 4 | 33,150.43 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,178,460.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 663,476.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,174.50 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 1,002,150.43 | | |
| Total Liabilities | | | | 1,841,936.41 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **MICHAEL TODD MCCULLOCH**                                          ,     Case No. _____
                                                                    Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **MICHAEL TODD MCCULLOCH**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **10144 PINNACLE VIEW PLACE, LAS VEGAS, NV** | **FEE SIMPLE** | - | 365,500.00 | 516,806.00 |
| **561 S. LOOP RD. UNIT 1-C, BRIANHEAD, UT** | **FEE SIMPLE** | - | 200,000.00 | 222,251.00 |
| **7597 HOPE VALLEY ST., LAS VEGAS, NV** | **FEE SIMPLE** | - | 290,500.00 | 299,250.00 |
| **SIERRA VERDE RANCH #547, SELIGMAN, AZ (50% INTEREST)** | **FEE SIMPLE** | - | 110,000.00 | 137,153.00 |
| **SEDONA, AZ TIMESHARE** | **FEE SIMPLE** | - | 3,000.00 | 3,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 969,000.00 | (Total of this page) |
| Total > | 969,000.00 | |

  **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re **MICHAEL TODD MCCULLOCH** ,                          Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH ON HAND** | - | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT AT CLARK COUNTY CREDIT UNION ENDING IN #6446** | - | 700.00 |
| | | **CHECKING AND SAVINGS ACCOUNT WITH WELLS FARGO BANK ENDING IN #1241 AND #9336** | - | 12.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS AND FURNISHINGS** | - | 3,735.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **CLOTHING** | - | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **INTEREST IN LIFE INSURANCE WITH PROTECTIVE LIFE** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **4,567.00**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **MICHAEL TODD MCCULLOCH**                                    Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **INTEREST IN FIDELITY IRA** | - | 8,853.70 |
| | | **INTEREST IN HVM LLC 401K PLAN** | - | 1,879.73 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **RESTRICTED STOCK WITH GRANITE ENERGY** | - | 0.00 |
| | | **RESTRICTED STOCK IN GREENSTART** | - | 0.00 |
| | | **100% INTEREST IN MICHAEL T. MCCULLOH, LLC** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **PAYMENTS FROM SALE OF CAR PURCHASER IS REBECCA SUSANNE GIFFEN, 5045 TRANQUIL STREAM CT., LAS VEGAS, NV  89148 1998 ACURA 3.5RL** | - | 3,900.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **14,633.43**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **MICHAEL TODD MCCULLOCH**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 CHEVY SUBURBAN** | - | 11,800.00 |
| 26. Boats, motors, and accessories. | | **1996 YAMAHA WAVE VENTURE JET SKI** | - | 750.00 |
| | | **1998 STARCRAFT 1710 BOAT** | - | 1,400.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

|  | Sub-Total > | 13,950.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **MICHAEL TODD MCCULLOCH** _____,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **33,150.43** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

.

In re    **MICHAEL TODD MCCULLOCH**                                        Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| **CASH ON HAND** | **Nev. Rev. Stat. § 21.090(1)(z)** | **20.00** | **20.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **CHECKING ACCOUNT AT CLARK COUNTY CREDIT UNION ENDING IN #6446** | **Nev. Rev. Stat. § 21.090(1)(z)** | **700.00** | **700.00** |
| | | | |
| **CHECKING AND SAVINGS ACCOUNT WITH WELLS FARGO BANK ENDING IN #1241 AND #9336** | **Nev. Rev. Stat. § 21.090(1)(z)** | **12.00** | **12.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD GOODS AND FURNISHINGS** | **Nev. Rev. Stat. § 21.090(1)(b)** | **3,735.00** | **3,735.00** |
| | | | |
| **Wearing Apparel** | | | |
| **CLOTHING** | **Nev. Rev. Stat. § 21.090(1)(b)** | **100.00** | **100.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **INTEREST IN FIDELITY IRA** | **Nev. Rev. Stat. § 21.090(1)(r)** | **8,853.70** | **8,853.70** |
| | | | |
| **INTEREST IN HVM LLC 401K PLAN** | **Nev. Rev. Stat. § 21.090(1)(r)** | **1,879.73** | **1,879.73** |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **100% INTEREST IN MICHAEL T. MCCULLOH, LLC** | **Nev. Rev. Stat. § 21.090(1)(z)** | **0.00** | **0.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 CHEVY SUBURBAN** | **Nev. Rev. Stat. § 21.090(1)(f)** | **11,800.00** | **11,800.00** |
| | | | |
| **Boats, Motors and Accessories** | | | |
| **1998 STARCRAFT 1710 BOAT** | **Nev. Rev. Stat. § 21.090(1)(z)** | **950.00** | **1,400.00** |

|  | | Total: | **28,050.43** | **28,500.43** |
|---|---|---|---:|---:|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **MICHAEL TODD MCCULLOCH**                 Case No. _____
<br>                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx3729**<br><br>**AMTRUST BANK**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1801 E. 9TH STREET**<br>**CLEVELAND, OH 44114** | - | | MORTGAGE<br><br>**10144 PINNACLE VIEW PLACE, LAS VEGAS, NV**<br><br>Value $         **365,500.00** | | | | 365,863.00 | 151,306.00 |
| Account No. **xxxxxxxx3616**<br><br>**AURORA LOAN SERVICES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**10350 PARK MEADOWS DR.**<br>**LITTLETON, CO 80124** | - | | MORTGAGE<br><br>**7597 HOPE VALLEY ST., LAS VEGAS, NV**<br><br>Value $         **290,500.00** | | | | 299,250.00 | 8,750.00 |
| Account No. **xxxxxxxx5243**<br><br>**AURORA LOAN SERVICES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**10350 PARK MEADOWS DR.**<br>**LITTLETON, CO 80124** | - | | MORTGAGE<br><br>**561 S. LOOP RD. UNIT 1-C, BRIANHEAD, UT**<br><br>Value $         **200,000.00** | | | | 177,412.00 | 22,251.00 |
| Account No. **xxxxxxxx7207**<br><br>**AURORA LOAN SERVICES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**10350 PARK MEADOWS DR.**<br>**LITTLETON, CO 80124** | - | | SECOND MORTGAGE<br><br>**561 S. LOOP RD. UNIT 1-C, BRIANHEAD, UT**<br><br>Value $         **200,000.00** | | | | 44,839.00 | 0.00 |
|   **1**   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 887,364.00 | 182,307.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **MICHAEL TODD MCCULLOCH**                                      ,      Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx7765** | | | | | HOMEQ MORTGAGE | | | | | |
| **GMAC MORTGAGE ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 780 WATERLOO, IA 50704-0780** | | - | | | **10144 PINNACLE VIEW PLACE, LAS VEGAS, NV** | | | | | |
| | | | | | Value $                 **365,500.00** | | | | **150,943.00** | **0.00** |
| Account No. **xxxxxxxx1203** | | | | | MORTGAGE | | | | | |
| **NATIONAL CITY MORTGAGE ATTN:  BANKRUPTCY DESK/MANAGING AGENT 3232 NEWARK DR. MIAMISBURG, OH 45342** | | - | | | **SIERRA VERDE RANCH #547, SELIGMAN, AZ  (50% INTEREST)** | | | | | |
| | | | | | Value $                 **110,000.00** | | | | **137,153.00** | **27,153.00** |
| Account No. **xxxxxx4745** | | | | | TIMESHARE | | | | | |
| **SEDONA PINES RESORT ATTN:  BANKRUPTCY DESK/MANAGING AGENT 6701 W. HIGHWAY 89A SEDONA, AZ 86336** | X | - | | | **SEDONA, AZ TIMESHARE** | | | | | |
| | | | | | Value $                   **3,000.00** | | | | **3,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **291,096.00** | **27,153.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,178,460.00** | **209,460.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **MICHAEL TODD MCCULLOCH**                                    , Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re __**MICHAEL TODD MCCULLOCH**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxxx8216** <br><br> **ADT SECURITY SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 551200 JACKSONVILLE, FL 32255-1200** | X | - | **BUSINESS EXPENSE** | | | | 1,669.98 |
| Account No. **xxxx-xxxx-xxxx-1594** <br><br> **ADVANTA BANK CORP ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 8088 PHILADELPHIA, PA 19101-8088** | | - | **BUSINESS CREDIT CARD PURCHASES** | | | | 10,878.77 |
| Account No. **xxxx-xxxxxx-x3111** <br><br> **AMEX ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 297871 FORT LAUDERDALE, FL 33329** | X | - | **BUSINESS CREDIT CARD PURCHASES** | | | | 30,000.00 |
| Account No. **xxxx-xxxx-xxxx-5237** <br><br> **BANK OF AMERICA ATTN:  BANKRUPTCY DESK/MANAGING AGENT 4060 OGLETOWN/STANTON RD. NEWARK, DE 19713** | | - | **CREDIT CARD PURCHASES** | | | | 22,077.00 |

__11__  continuation sheets attached

Subtotal
(Total of this page)                                                              64,625.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   S/N:31449-090123   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **MICHAEL TODD MCCULLOCH**                      ,       Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | **CLEANING SERVICES** | | | | |
| **BRIAN HEAD CONDO RESERVATIONS ATTN: BANKRUPTCY DESK/MANAGING AGENT PO BOX 190217 BRIAN HEAD, UT 84719** | | | | | | | | 155.00 |
| Account No. **xxxx-xxxx-xxxx-6531** | | | - | **CREDIT CARD PURCHASES** | | | | |
| **CHASE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 800 BROOKSEDGE BLVD. WESTERVILLE, OH 43081** | | | | | | | | 9,414.00 |
| Account No. **CAMACHO** | | | - | **BUSINESS EXPENSE** | | | | |
| **CINDY DE LAS HERAS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 216 VIA LUNA ROSA COURT HENDERSON, NV 89011** | X | | | | X | X | X | 1,570.67 |
| Account No. **xxxx-xxxx-xxxx-8416** | | | - | **CREDIT CARD PURCHASES** | | | | |
| **CITI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6241 SIOUX FALLS, SD 57117** | | | | | | | | 22,217.00 |
| Account No. **xxxxxxxxxxxx8468** | | | - | **CREDIT CARD PURCHASES** | | | | |
| **CITI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6241 SIOUX FALLS, SD 57117** | | | | | | | | 17,564.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
(Total of this page)      **50,920.67**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL TODD MCCULLOCH**                                      , Case No. _____

                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **BILLING NOTICE** | | | | **BUSINESS EXPENSE** | | | | |
| **CITI MORTGAGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1000 TECHNOLOGY DRIVE MS 800 O FALLON, MO 63368-2240** | X | - | | | X | X | X | 9,406.00 |
| Account No. **THOMPSON** | | | | **BUSINESS EXPENSE** | | | | |
| **CITI MORTGAGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1000 TECHNOLOGY DRIVE MS 758 O FALLON, MO 63366** | X | - | | | X | X | X | 1,038.67 |
| Account No. **xxxx-xxxx-xxxx-9580** | | | | **BUSINESS CREDIT CARD PURCHASES** | | | | |
| **CITIBUSINESS CARD ATTN: BANKRUTPCY DEPT. / MANAGING AGENT PO BOX 6415 THE LAKES, NV 88901-6415** | X | - | | | X | X | X | 14,907.04 |
| Account No. **xxxxxx3801** | | | | **REPOSSESSED MOTORHOME** | | | | |
| **CITIZENS CALIF ATTN: BANKRUPTCY DESK/MANAGING AGENT 480 JEFFERSON BLVD. WARWICK, RI 02886** | | - | | | | | | 106,298.00 |
| Account No. **xxxx0149** | | | | **BUSINESS EXPENSE** | | | | |
| **COLLECTION BUREAU OF AMERICA ATTN: BANKRUPTCY DEPT/MANAGING AGENT PO BOX 5013 HAYWARD, CA 94540-5013** | X | - | | | X | X | X | 510.13 |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **132,159.84**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL TODD MCCULLOCH**                                      ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8057** | | | | **BUSINESS EXPENSE** | | | | |
| **CRS SERVICES ATTN:  BANKRUPTCY DESK/MANAGING AGENT 5280 S. EASTERN AVE. #G-2 LAS VEGAS, NV 89119** | X | - | | | X | X | X | 26.00 |
| Account No. **xxxx-xxxx-xxxx-9659** | | | | **BUSINESS CREDIT CARD PURCHASES** | | | | |
| **DISCOVER FINANCIAL SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 3025 NEW ALBANY, OH 43054-3025** | X | - | | | | | | 20,000.00 |
| Account No. **ELPIxxxxxx9701** | | | | **HOA DUES ON 7597 HOPE VALLEY ST., LAS VEGAS, NV** | | | | |
| **ELDORADO PINES LMA ATTN:  BANKRUPTCY DESK/MANAGING AGENT C/O RMI MANAGEMENT, LLC PO BOX 509073 SAN DIEGO, CA 92150-9073** | | - | | | | | | 234.00 |
| Account No. **xxx-xxx-xxx6-002** | | | | **BUSINESS EXPENSE** | | | | |
| **EMBARQ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 660068 JACKSONVILLE, TX 75766-0068** | X | - | | | | | | 454.81 |
| Account No. | | | | **HOA DUES ON BRIANHEAD, UT PROPERTY** | | | | |
| **EVERGREEN HOMEOWNERS ASSOCIATION ATTN:  BANKRUPTCY DESK/MANAGING AGENT PO BOX 1110 CEDAR CITY, UT 84721** | | - | | | | | | 3,719.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **24,433.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL TODD MCCULLOCH** ,                          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0382** <br><br> **FED EX** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 7221** <br> **PASADENA, CA 91109** | X | - | | BUSINESS EXPENSE | X | X | X | 2,306.04 |
| Account No. **xxx4108** <br><br> **FIRST REVENUE ASSURANCE** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 3020** <br> **ALBUQUERQUE, NM 87190** | X | - | | BUSINESS EXPENSE | X | X | X | 1,897.16 |
| Account No. **D SHAPIRO** <br><br> **GERALD SHAPIRO** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **10476 ACELAMATO AVE.** <br> **LAS VEGAS, NV 89135** | X | - | | BUSINESS EXPENSE | X | X | X | 15,127.42 |
| Account No. **RENT/SCOTTSDALE** <br><br> **HACIENDA** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **14301 87TH STREET** <br> **SCOTTSDALE, AZ 85260** | X | - | | BUSINESS EXPENSE | X | X | X | 29,916.07 |
| Account No. **xxSBATA5407** <br><br> **HARTFORD** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 2907** <br> **HARTFORD, CT 06104** | X | - | | BUSINESS EXPENSE | X | X | X | 1,063.90 |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **50,310.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **MICHAEL TODD MCCULLOCH** ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxWECJH5920** | | | **BUSINESS EXPENSE** | | | | |
| **HARTFORD** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **PO BOX 2907** **HARTFORD, CT 06104** | X | - | | X | X | X | 1,033.90 |
| Account No. | | | **HOA DUES ON 7597 HOPE VALLEY PROPERTY** | | | | |
| **HOPE VALLEY HOA** **ATTN:  BANKRUPTCY** **DESK/MANAGING AGENT** **C/O RMI MANAGEMENT, LLC** **630 TRADE CENTER DR. #100** **LAS VEGAS, NV 89119** | | - | | | | | 500.00 |
| Account No. | | | **BUSINESS EXPENSE** | | | | |
| **INSTANT CERTIFIED APPRAISALS** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **PO BOX 6217** **FOUNTAIN HILLS, AZ 85269-6217** | X | - | | X | X | X | 1,417.50 |
| Account No. **COxxxxx-0000** | | | **BUSINESS EXPENSE** | | | | |
| **INTERTHINX** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **PO BOX 27985** **NEW YORK, NY 10087-7985** | X | - | | X | X | X | 2,635.15 |
| Account No. **DE NUNEZ** | | | **BUSINESS EXPENSE** | | | | |
| **JESUS BACA** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **2700 N. RAINBOW BLVD.** **LAS VEGAS, NV 89108** | X | - | | X | X | X | 3,994.41 |

Sheet no. __5___ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **9,580.96**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL TODD MCCULLOCH**                                         , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **HUTCHINSON** | | | | | BUSINESS EXPENSE | | | | |
| KARA BOZARTH ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1026 ASTOUNDING HILLS DR. HENDERSON, NV 89052 | X | - | | | | X | X | X | 2,346.32 |
| Account No. **xxxx-xxxx-xxxx-2743** | | | | | CREDIT CARD PURCHASES | | | | |
| LEXUS FSB ATTN: BANKRUTPCY DESK/MANAGING AGENT PO BOX 108 ST. LOUIS, MO 63166 | X | - | | | | | | | 2,000.00 |
| Account No. **DOEBLER MCGRATH** | | | | | BUSINESS EXPENSE | | | | |
| MARTHA BALLEK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5740 EL CAMINO RD. LAS VEGAS, NV 89118 | X | - | | | | X | X | X | 11,254.14 |
| Account No. **Gx8141** | | | | | BUSINESS EXPENSE | | | | |
| MCCARTHY BURGESS & WOLFF ATTN: BANKRUPTCY DESK/MANAGING AGENT 26000 CANNON RD. BEDFORD, OH 44146 | X | - | | | | X | X | X | 392.55 |
| Account No. **xx-xxxxxx7-000** | | | | | BUSINESS EXPENSE | | | | |
| NATIONWIDE RECOVERY SYSTEMS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 702257 DALLAS, TX 75370-2257 | X | - | | | | X | X | X | 31,371.48 |

Sheet no. __6___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **47,364.49**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **MICHAEL TODD MCCULLOCH** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx1938** | | | | | BUSINESS EXPENSE | | | | |
| PACIFICCARE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6006 CYPRESS, CA 90630-0006 | X | - | | | | | | | 1,185.95 |
| Account No. **KUPAC** | | | | | BUSINESS EXPENSE | | | | |
| PETE MOROZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7557 PALMERO AVE. LAS VEGAS, NV 89147 | X | - | | | | X | X | X | 6,146.41 |
| Account No. **xxx36-03** | | | | | BUSINESS EXPENSE | | | | |
| PRUDENTIAL OVERALL SUPPLY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 11210 SANTA ANA, CA 92711 | X | - | | | | X | X | X | 234.64 |
| Account No. **ZOUBI** | | | | | BUSINESS EXPENSE | | | | |
| SANJE SEDERA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8805 WILLOW CABIN LAS VEGAS, NV 89131 | X | - | | | | X | X | X | 3,587.11 |
| Account No. **1502 SKY** | | | | | BUSINESS EXPENSE | | | | |
| SAYURI TAKEMOTO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2120 RAMROD AVE. HENDERSON, NV 89014 | X | - | | | | X | X | X | 4,200.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,354.11

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **MICHAEL TODD MCCULLOCH**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx4745** | | | | | HOA DUES ON TIMESHARE | | | | |
| SEDONA PINES RESORT ATTN: BANKRUPTCY DESK/MANAGING AGENT 6701 W. HIGHWAY 89A SEDONA, AZ 86336 | X | - | | | | | | | 250.00 |
| Account No. **xxxxxxxxx-7794** | | | | | BUSINESS EXPENSE | | | | |
| SPARKLETTS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 660579 DALLAS, TX 75266-0579 | X | - | | | | | | | 235.00 |
| Account No. **xxxxx7751** | | | | | BUSINESS EXPENSE | | | | |
| SPRINT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 54977 LOS ANGELES, CA 90054 | X | - | | | | | | | 368.77 |
| Account No. **xxxxx4819** | | | | | BUSINESS EXPENSE | | | | |
| SPRINT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 54977 LOS ANGELES, CA 90054 | X | - | | | | | | | 1,973.24 |
| Account No. **LA xxx2671** | | | | | BUSINESS EXPENSE | | | | |
| STAPLES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 STAPLES DR. FRAMINGHAM, MA 01702 | X | - | | | | | | | 798.36 |

Sheet no. __8__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,625.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MICHAEL TODD MCCULLOCH**                                              ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **4914** | | | | BUSINESS EXPENSE | | | | |
| **SUPERIOR INTERNET ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 40575 CAL OAKS RD. D-#213 MURRIETA, CA 92562** | X | - | | | | | | 600.00 |
| Account No. **x7604** | | | | BUSINESS EXPENSE | | | | |
| **TELEPACIFIC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 515 S. FLOWER STREET 47TH FLOOR LOS ANGELES, CA 90071** | X | - | | | | | | 6,412.08 |
| Account No. **xxxxx-1811** | | | | BUSINESS EXPENSE | | | | |
| **TERRA WEST ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 80900 LAS VEGAS, NV 89180** | X | - | | | X | X | X | 2,938.28 |
| Account No. **xxxxx-0550** | | | | BUSINESS EXPENSE | | | | |
| **TERRA WEST PROPERTY MGMT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 98813 LAS VEGAS, NV 89193** | X | - | | | X | X | X | 8,581.00 |
| Account No. **1502 SKY** | | | | BUSINESS EXPENSE | | | | |
| **TETSUYA SEISYA & ALISA SHIMIZU ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2-2-2 HISIAZABU YINATOKU TOKYO, JAPAN** | X | - | | | X | X | X | 4,200.00 |

Sheet no. __9___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal
                                                (Total of this page)          22,731.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **MICHAEL TODD MCCULLOCH**                                      , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1183** | | | CREDIT CARD PURCHASES | | | | |
| THD/CBSD ATTN: BANKRUPTCY DESK/MANAGING AGENT PO BOX 6497 SIOUX FALLS, SD 57117 | | - | | | | | 903.00 |
| Account No. **MENDEZ, HERNNDEZ, NARANJO** | | | BUSINESS EXPENSE | | | | |
| TROY KENNIGER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8804 RIO GRANDE FALLS AVE. LAS VEGAS, NV 89178 | X | - | | X | X | X | 8,607.99 |
| Account No. **xxxx0613** | | | BUSINESS EXPENSE | | | | |
| UNITED SHIPPING/DHL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6325 MCLEOD DR. #5 LAS VEGAS, NV 89120 | X | - | | X | X | X | 7,593.83 |
| Account No. **xx6251** | | | BUSINESS EXPENSE | | | | |
| US BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 790448 SAINT LOUIS, MO 63179-0179 | X | - | | X | X | X | 4,741.39 |
| Account No. **ANDRES** | | | BUSINESS EXPENSE | | | | |
| US BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1550 AMERICAN BLVD. E. SUITE 300 MINNEAPOLIS, MN 55425 | X | - | | X | X | X | 7,144.72 |

Sheet no. __10__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          28,990.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **MICHAEL TODD MCCULLOCH**                                           , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **NESTOR** | | | | BUSINESS EXPENSE | | | | |
| US BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1550 AMERICAN BLVD. E SUITE 300 MINNEAPOLIS, MN 55425 | X | - | | | X | X | X | 7,517.48 |
| Account No. **VIDALES** | | | | BUSINESS EXPENSE | | | | |
| US BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1550 AMERICAN BLVD. E. SUITE 300 MINNEAPOLIS, MN 55425 | X | - | | | X | X | X | 165,299.00 |
| Account No. **6118** | | | | BUSINESS EXPENSE | | | | |
| VERIFICATION BUREAU ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 247 SW 8TH STREET #147 MIAMI, FL 33130 | X | - | | | X | X | X | 410.07 |
| Account No. **xxxxx-0550** | | | | BUSINESS EXPENSE | | | | |
| W. CORONADO BUSINESS/STONE CAR ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 98813 LAS VEGAS, NV 89193 | X | - | | | X | X | X | 8,581.00 |
| Account No. **xxxx-xxxx-xxxx-3287** | | | | BUSINESS CREDIT CARD | | | | |
| WELLS FARGO BUSINESS LINE ATTN: BANKRUTPCY DESK/MANAGING AGENT PO BOX 54349 LOS ANGELES, CA 90054-0349 | | - | | | | | | 31,570.98 |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**213,378.53**

Total
(Report on Summary of Schedules)

**663,476.41**

B6G (Official Form 6G) (12/07)

In re   **MICHAEL TODD MCCULLOCH**                       ,     Case No. _____
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re      **MICHAEL TODD MCCULLOCH**                                                              Case No. _____
_____,
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **MICHAEL CHAILLAND**<br>**ATTN:  BANKRUPTCY DESK/MANAGING AGENT**<br>**1924 IVY POINT LANE**<br>**LAS VEGAS, NV 89134** | **SEDONA PINES RESORT**<br>**ATTN:  BANKRUPTCY DESK/MANAGING AGENT**<br>**6701 W. HIGHWAY 89A**<br>**SEDONA, AZ 86336** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **ADT SECURITY SERVICES**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 551200**<br>**JACKSONVILLE, FL 32255-1200** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **LEXUS FSB**<br>**ATTN:  BANKRUPCY DESK/MANAGING AGENT**<br>**PO BOX 108**<br>**ST. LOUIS, MO 63166** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **CINDY DE LAS HERAS**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**216 VIA LUNA ROSA COURT**<br>**HENDERSON, NV 89011** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **CITI MORTGAGE**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1000 TECHNOLOGY DRIVE MS 800**<br>**O FALLON, MO 63368-2240** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **CITI MORTGAGE**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1000 TECHNOLOGY DRIVE MS 758**<br>**O FALLON, MO 63366** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **CITIBUSINESS CARD**<br>**ATTN: BANKRUTPCY DEPT. / MANAGING AGENT**<br>**PO BOX 6415**<br>**THE LAKES, NV 88901-6415** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **COLLECTION BUREAU OF AMERICA**<br>**ATTN: BANKRUPTCY DEPT/MANAGING AGENT**<br>**PO BOX 5013**<br>**HAYWARD, CA 94540-5013** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **CRS SERVICES**<br>**ATTN:  BANKRUPTCY DESK/MANAGING AGENT**<br>**5280 S. EASTERN AVE. #G-2**<br>**LAS VEGAS, NV 89119** |

**4**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **MICHAEL TODD MCCULLOCH**               ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | DISCOVER FINANCIAL SERVICES<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | EMBARQ<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 660068<br>JACKSONVILLE, TX 75766-0068 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | FED EX<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 7221<br>PASADENA, CA 91109 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | FIRST REVENUE ASSURANCE<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 3020<br>ALBUQUERQUE, NM 87190 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | GERALD SHAPIRO<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>10476 ACELAMATO AVE.<br>LAS VEGAS, NV 89135 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | HACIENDA<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>14301 87TH STREET<br>SCOTTSDALE, AZ 85260 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | HARTFORD<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 2907<br>HARTFORD, CT 06104 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | HARTFORD<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 2907<br>HARTFORD, CT 06104 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | INSTANT CERTIFIED APPRAISALS<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 6217<br>FOUNTAIN HILLS, AZ 85269-6217 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | INTERTHINX<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 27985<br>NEW YORK, NY 10087-7985 |

Sheet   **1**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re    **MICHAEL TODD MCCULLOCH**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **JESUS BACA**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**2700 N. RAINBOW BLVD.**<br>**LAS VEGAS, NV 89108** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **KARA BOZARTH**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1026 ASTOUNDING HILLS DR.**<br>**HENDERSON, NV 89052** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **MARTHA BALLEK**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5740 EL CAMINO RD.**<br>**LAS VEGAS, NV 89118** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **MCCARTHY BURGESS & WOLFF**<br>**ATTN:  BANKRUPTCY DESK/MANAGING AGENT**<br>**26000 CANNON RD.**<br>**BEDFORD, OH 44146** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **NATIONWIDE RECOVERY SYSTEMS**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 702257**<br>**DALLAS, TX 75370-2257** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **PACIFICCARE**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 6006**<br>**CYPRESS, CA 90630-0006** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **PETE MOROZ**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**7557 PALMERO AVE.**<br>**LAS VEGAS, NV 89147** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **PRUDENTIAL OVERALL SUPPLY**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 11210**<br>**SANTA ANA, CA 92711** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **SANJE SEDERA**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**8805 WILLOW CABIN**<br>**LAS VEGAS, NV 89131** |
| **RICHARD BELL**<br>**PO BOX 370472**<br>**LAS VEGAS, NV 89144** | **SANJE SEDERA**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**8805 WILLOW CABIN**<br>**LAS VEGAS, NV 89131** |

Sheet __**2**__ of __**4**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **MICHAEL TODD MCCULLOCH**                                    , Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | SAYURI TAKEMOTO<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>2120 RAMROD AVE.<br>HENDERSON, NV 89014 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | SPARKLETTS<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 660579<br>DALLAS, TX 75266-0579 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | SPRINT<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 54977<br>LOS ANGELES, CA 90054 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | SPRINT<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 54977<br>LOS ANGELES, CA 90054 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | STAPLES<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>500 STAPLES DR.<br>FRAMINGHAM, MA 01702 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | SUPERIOR INTERNET<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>40575 CAL OAKS RD. D-#213<br>MURRIETA, CA 92562 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | TELEPACIFIC<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>515 S. FLOWER STREET 47TH FLOOR<br>LOS ANGELES, CA 90071 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | TERRA WEST<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 80900<br>LAS VEGAS, NV 89180 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | TERRA WEST PROPERTY MGMT<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 98813<br>LAS VEGAS, NV 89193 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | TETSUYA SEISYA & ALISA SHIMIZU<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>2-2-2 HISIAZABU YINATOKU<br>TOKYO, JAPAN |

Sheet   **3**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re   **MICHAEL TODD MCCULLOCH**                                        ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | TROY KENNIGER<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>8804 RIO GRANDE FALLS AVE.<br>LAS VEGAS, NV 89178 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | UNITED SHIPPING/DHL<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>6325 MCLEOD DR. #5<br>LAS VEGAS, NV 89120 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | US BANK<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 790448<br>SAINT LOUIS, MO 63179-0179 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | US BANK<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>1550 AMERICAN BLVD. E. SUITE 300<br>MINNEAPOLIS, MN 55425 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | US BANK<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>1550 AMERICAN BLVD. E SUITE 300<br>MINNEAPOLIS, MN 55425 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | US BANK<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>1550 AMERICAN BLVD. E. SUITE 300<br>MINNEAPOLIS, MN 55425 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | VERIFICATION BUREAU<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>247 SW 8TH STREET #147<br>MIAMI, FL 33130 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | W. CORONADO BUSINESS/STONE CAR<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 98813<br>LAS VEGAS, NV 89193 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | AMEX<br>ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329 |
| RICHARD BELL<br>PO BOX 370472<br>LAS VEGAS, NV 89144 | SEDONA PINES RESORT<br>ATTN:  BANKRUPTCY DESK/MANAGING AGENT<br>6701 W. HIGHWAY 89A<br>SEDONA, AZ 86336 |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **MICHAEL TODD MCCULLOCH**                                                Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **UNEMPLOYED** | |
| Name of Employer | | |
| How long employed | **2 MONTHS** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | 0.00 | N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|  a. Payroll taxes and social security | $ 0.00 | $ N/A |
|  b. Insurance | $ 0.00 | $ N/A |
|  c. Union dues | $ 0.00 | $ N/A |
|  d. Other (Specify): | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify):   **SALE OF CAR INCOME/GIFTS FROM FAMILY** | $ 1,500.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,500.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,500.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,500.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **MICHAEL TODD MCCULLOCH**                                          Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,057.00 |
| a. Are real estate taxes included? | Yes __X__ | No ___ | |
| b. Is property insurance included? | Yes __X__ | No ___ | |
| 2. Utilities:       a. Electricity and heating fuel | | $ | 240.00 |
|                        b. Water and sewer | | $ | 86.50 |
|                        c. Telephone | | $ | 189.00 |
|                        d. Other   **See Detailed Expense Attachment** | | $ | 122.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 60.00 |
| 4. Food | | $ | 325.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 25.00 |
| 7. Medical and dental expenses | | $ | 20.00 |
| 8. Transportation (not including car payments) | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|                        a. Homeowner's or renter's | | $ | 0.00 |
|                        b. Life | | $ | 150.00 |
|                        c. Health | | $ | 374.50 |
|                        d. Auto | | $ | 125.50 |
|                        e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|             (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|                        a. Auto | | $ | 0.00 |
|                        b. Other | | $ | 0.00 |
|                        c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
|        Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,174.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 1,500.00 |
| b.    Average monthly expenses from Line 18 above | $ | 3,174.50 |
| c.    Monthly net income (a. minus b.) | $ | -1,674.50 |

**B6J (Official Form 6J) (12/07)**

In re  **MICHAEL TODD MCCULLOCH**                                    Case No. _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **CABLE** | $ | **79.00** |
| **HOA DUES** | $ | **43.00** |
| **Total Other Utility Expenditures** | $ | **122.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Nevada

In re  **MICHAEL TODD MCCULLOCH** _____    Case No. _____

_____
Debtor(s)

Chapter  **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**32**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 17, 2009** _____    Signature  **/s/ MICHAEL TODD MCCULLOCH** _____

**MICHAEL TODD MCCULLOCH**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re   **MICHAEL TODD MCCULLOCH** _____    Case No. _____

                                                    Debtor(s)         Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,312.91** | **2008** |
| **$49,421.00** | **2007** |
| **$0.00** | **2009** |

2

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CITIZENS CALIF ATTN:  BANKRUPTCY DESK/MANAGING AGENT 480 JEFFERSON BLVD. WARWICK, RI 02886 | 1-14-2009 | MOTORHOME |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LARSON & STEPHENS 810 S. CASINO CENTER BLVD. #104 LAS VEGAS, NV 89101** | **2-17-09** | **$3,500.00** |

**10. Other transfers**

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **R.N.B., INC. 7942 W. SAHARA AVE. LAS VEGAS, NV 89117** NONE | **6-27-2008** | **10144 PINNACLE VIEW PLACE, LAS VEGAS, NV** |

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☐  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **CLARK COUNTY CREDIT UNION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT P.O. BOX 36490 LAS VEGAS, NV 89133** | **MICHAEL T. MCCULLOCH** | **PASSPORT, STOCK CERTIFICATES AND TITLES** | |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

### 18 . Nature, location and name of business

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **MICHAEL T. MCCULLOCH, LLC** | XX-XXX2526 | **10144 PINNACLE VIEW PLACE LAS VEGAS, NV 89134** | **REAL ESTATE INVESTMENT** | **3/2006 TO 12-2008** |
| **R.N.B., INC.** | XX-XXX4458 | **ATTN: BANKRUTPCY DESK/MANAGING AGENT PO BOX 370472 LAS VEGAS, NV 89137** | **REAL ESTATE INVESTMENT - NO INTEREST ONLY AN OFFICER** | **3-1994 TO 12-2008** |
| **CMC, INC.** | XX-XXX5542 | **ATTN: BANKRUPTCY DESK/MANAGING AGENT 7942 W. SAHARA AVE. LAS VEGAS, NV 89117** | **REAL ESTATE BROKER - NO INTEREST ONLY AN OFFICER** | **8-18-03 TO 12-2008** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME               ADDRESS               DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME               ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS               DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

| NAME & ADDRESS | | |
| --- | --- | --- |
| OF RECIPIENT, | DATE AND PURPOSE | AMOUNT OF MONEY |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | OR DESCRIPTION AND |
| | | VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                               TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date    **February 17, 2009**                          Signature    **/s/ MICHAEL TODD MCCULLOCH**

                                                                    **MICHAEL TODD MCCULLOCH**
                                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re **MICHAEL TODD MCCULLOCH** _____    Case No. _____

_____    Chapter    **7** _____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**AMTRUST BANK** | **Describe Property Securing Debt:**<br>**10144 PINNACLE VIEW PLACE, LAS VEGAS, NV** |

Property will be (check one):
&#9632; Surrendered    &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt    &#9632; Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**AURORA LOAN SERVICES** | **Describe Property Securing Debt:**<br>**7597 HOPE VALLEY ST., LAS VEGAS, NV** |

Property will be (check one):
&#9632; Surrendered    &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt    &#9632; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                       Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**AURORA LOAN SERVICES** | **Describe Property Securing Debt:**<br>**561 S. LOOP RD. UNIT 1-C, BRIANHEAD, UT** |

Property will be (check one):
- ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**AURORA LOAN SERVICES** | **Describe Property Securing Debt:**<br>**561 S. LOOP RD. UNIT 1-C, BRIANHEAD, UT** |

Property will be (check one):
- ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**GMAC MORTGAGE** | **Describe Property Securing Debt:**<br>**10144 PINNACLE VIEW PLACE, LAS VEGAS, NV** |

Property will be (check one):
- ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                         Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**NATIONAL CITY MORTGAGE** | **Describe Property Securing Debt:**<br>**SIERRA VERDE RANCH #547, SELIGMAN, AZ  (50% INTEREST)** |

Property will be (check one):
   ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain **Debtor will retain collateral and continue to make regular payments.**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt           ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**SEDONA PINES RESORT** | **Describe Property Securing Debt:**<br>**SEDONA, AZ TIMESHARE** |

Property will be (check one):
   ■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February 17, 2009**_____     Signature    **/s/ MICHAEL TODD MCCULLOCH**_____
                                               **MICHAEL TODD MCCULLOCH**
                                               Debtor

# United States Bankruptcy Court
### District of Nevada

In re    **MICHAEL TODD MCCULLOCH**

Case No. _____

Debtor(s)

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 17, 2009**

**/s/ Zachariah Larson**
**Zachariah Larson 7787**
**LARSON & STEPHENS, LLC**
**810 S. CASINO CENTER BLVD.**
**SUITE 104**
**LAS VEGAS, NV 89101**
**(702) 382-1170   Fax: (702) 382-1169**
**zlarson@lslawnv.com**

---

# United States Bankruptcy Court
## District of Nevada

In re  **MICHAEL TODD MCCULLOCH**

Case No.

Debtor(s)

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 17, 2009**

**/s/ MICHAEL TODD MCCULLOCH**

**MICHAEL TODD MCCULLOCH**
Signature of Debtor

MICHAEL TODD MCCULLOCH
10144 PINNACLE VIEW PLACE
LAS VEGAS, NV 89134

Zachariah Larson
LARSON & STEPHENS, LLC
810 S. CASINO CENTER BLVD.
SUITE 104
LAS VEGAS, NV 89101

ADT SECURITY SERVICES
Acct No xxxxx-xxxxx8216
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 551200
JACKSONVILLE, FL 32255-1200

ADVANTA BANK CORP
Acct No xxxx-xxxx-xxxx-1594
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 8088
PHILADELPHIA, PA 19101-8088

AMEX
Acct No xxxx-xxxxxx-x3111
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 297871
FORT LAUDERDALE, FL 33329

AMTRUST BANK
Acct No xxx3729
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1801 E. 9TH STREET
CLEVELAND, OH 44114

AURORA LOAN SERVICES
Acct No xxxxxxxxx3616
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10350 PARK MEADOWS DR.
LITTLETON, CO 80124

BANK OF AMERICA
Acct No xxxx-xxxx-xxxx-5237
ATTN: BANKRUPTCY DESK/MANAGING AGENT
4060 OGLETOWN/STANTON RD.
NEWARK, DE 19713

BRIAN HEAD CONDO RESERVATIONS
ATTN: BANKRUPTCY DESK/MANAGING AGENT
PO BOX 190217
BRIAN HEAD, UT 84719

```
CHASE
Acct No xxxx-xxxx-xxxx-6531
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
800 BROOKSEDGE BLVD.
WESTERVILLE, OH 43081

CINDY DE LAS HERAS
Acct No CAMACHO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
216 VIA LUNA ROSA COURT
HENDERSON, NV 89011

CITI
Acct No xxxx-xxxx-xxxx-8416
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6241
SIOUX FALLS, SD 57117

CITI MORTGAGE
Acct No BILLING NOTICE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1000 TECHNOLOGY DRIVE MS 800
O FALLON, MO 63368-2240

CITI MORTGAGE
Acct No THOMPSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1000 TECHNOLOGY DRIVE MS 758
O FALLON, MO 63366

CITIBUSINESS CARD
Acct No xxxx-xxxx-xxxx-9580
ATTN: BANKRUTPCY DEPT. / MANAGING AGENT
PO BOX 6415
THE LAKES, NV 88901-6415

CITIZENS CALIF
Acct No xxxxxx3801
ATTN: BANKRUPTCY DESK/MANAGING AGENT
480 JEFFERSON BLVD.
WARWICK, RI 02886

COLLECTION BUREAU OF AMERICA
Acct No xxxx0149
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 5013
HAYWARD, CA 94540-5013

CRS SERVICES
Acct No 8057
ATTN: BANKRUPTCY DESK/MANAGING AGENT
5280 S. EASTERN AVE. #G-2
LAS VEGAS, NV 89119
```

DISCOVER FINANCIAL SERVICES
Acct No xxxx-xxxx-xxxx-9659
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 3025
NEW ALBANY, OH 43054-3025

ELDORADO PINES LMA
Acct No ELPIxxxxxx9701
ATTN: BANKRUPTCY DESK/MANAGING AGENT
C/O RMI MANAGEMENT, LLC
PO BOX 509073
SAN DIEGO, CA 92150-9073

EMBARQ
Acct No xxx-xxx-xxx6-002
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 660068
JACKSONVILLE, TX 75766-0068

EVERGREEN HOMEOWNERS ASSOCIATION
ATTN: BANKRUPTCY DESK/MANAGING AGENT
PO BOX 1110
CEDAR CITY, UT 84721

FASLO SOLUTIONS
ATTN: BANKRUPTCY DESK/MANAGING AGENT
PO BOX 77404
TRENTON, NJ 08628

FED EX
Acct No xxxxx0382
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 7221
PASADENA, CA 91109

FIRST REVENUE ASSURANCE
Acct No xxx4108
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 3020
ALBUQUERQUE, NM 87190

GERALD SHAPIRO
Acct No D SHAPIRO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10476 ACELAMATO AVE.
LAS VEGAS, NV 89135

GMAC MORTGAGE
Acct No xxxxxx7765
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 780
WATERLOO, IA 50704-0780

```
HACIENDA
Acct No RENT/SCOTTSDALE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
14301 87TH STREET
SCOTTSDALE, AZ 85260

HARTFORD
Acct No xxSBATA5407
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 2907
HARTFORD, CT 06104

HOPE VALLEY HOA
ATTN: BANKRUPTCY DESK/MANAGING AGENT
C/O RMI MANAGEMENT, LLC
630 TRADE CENTER DR. #100
LAS VEGAS, NV 89119

INSTANT CERTIFIED APPRAISALS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6217
FOUNTAIN HILLS, AZ 85269-6217

INTERTHINX
Acct No COxxxxx-0000
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 27985
NEW YORK, NY 10087-7985

JAMES H. WOODALL, TRUSTEE
JAMES H. WOODALL
10653 RIVER FRONT PKWY. #290
SOUTH JORDAN, UT 84095

JESUS BACA
Acct No DE NUNEZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2700 N. RAINBOW BLVD.
LAS VEGAS, NV 89108

KARA BOZARTH
Acct No HUTCHINSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1026 ASTOUNDING HILLS DR.
HENDERSON, NV 89052

LEXUS FSB
Acct No xxxx-xxxx-xxxx-2743
ATTN: BANKRUTPCY DESK/MANAGING AGENT
PO BOX 108
ST. LOUIS, MO 63166
```

MARTHA BALLEK
Acct No DOEBLER MCGRATH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5740 EL CAMINO RD.
LAS VEGAS, NV 89118

MCCARTHY BURGESS & WOLFF
Acct No Gx8141
ATTN: BANKRUPTCY DESK/MANAGING AGENT
26000 CANNON RD.
BEDFORD, OH 44146

MICHAEL  CHAILLAND
ATTN: BANKRUPTCY DESK/MANAGING AGENT
1924 IVY POINT LANE
LAS VEGAS, NV 89134

NATIONAL CITY MORTGAGE
Acct No xxxxxxxxx1203
ATTN: BANKRUPTCY DESK/MANAGING AGENT
3232 NEWARK DR.
MIAMISBURG, OH 45342

NATIONWIDE RECOVERY SYSTEMS
Acct No xx-xxxxxx7-000
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 702257
DALLAS, TX 75370-2257

PACIFICCARE
Acct No xxxx1938
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6006
CYPRESS, CA 90630-0006

PETE MOROZ
Acct No KUPAC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7557 PALMERO AVE.
LAS VEGAS, NV 89147

PRUDENTIAL OVERALL SUPPLY
Acct No xxx36-03
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 11210
SANTA ANA, CA 92711

RED ROCK FINANCIAL SERVICES
ATTN: BANKRUPTCY DESK/MANAGING AGENT
6830 W. OQUENDO RD. #201
LAS VEGAS, NV 89118

RICHARD BELL
PO BOX 370472
LAS VEGAS, NV 89144

SANJE SEDERA
Acct No ZOUBI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8805 WILLOW CABIN
LAS VEGAS, NV 89131

SAYURI TAKEMOTO
Acct No 1502 SKY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2120 RAMROD AVE.
HENDERSON, NV 89014

SEDONA PINES RESORT
Acct No xxxxxxx4745
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
6701 W. HIGHWAY 89A
SEDONA, AZ 86336

SPARKLETTS
Acct No xxxxxxxxxx-7794
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 660579
DALLAS, TX 75266-0579

SPRINT
Acct No xxxxx7751
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 54977
LOS ANGELES, CA 90054

STAPLES
Acct No LA xxx2671
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
500 STAPLES DR.
FRAMINGHAM, MA 01702

SUPERIOR INTERNET
Acct No 4914
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
40575 CAL OAKS RD. D-#213
MURRIETA, CA 92562

TELEPACIFIC
Acct No x7604
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
515 S. FLOWER STREET 47TH FLOOR
LOS ANGELES, CA 90071

TERRA WEST
Acct No xxxxx-1811
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 80900
LAS VEGAS, NV 89180

TERRA WEST PROPERTY MGMT
Acct No xxxxx-0550
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 98813
LAS VEGAS, NV 89193

TETSUYA SEISYA & ALISA SHIMIZU
Acct No 1502 SKY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2-2-2 HISIAZABU YINATOKU
TOKYO, JAPAN

THD/CBSD
Acct No xxxxxxxx1183
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
PO BOX 6497
SIOUX FALLS, SD 57117

TROY KENNIGER
Acct No MENDEZ, HERNNDEZ, NARANJO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8804 RIO GRANDE FALLS AVE.
LAS VEGAS, NV 89178

UNITED SHIPPING/DHL
Acct No xxxx0613
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6325 MCLEOD DR. #5
LAS VEGAS, NV 89120

US BANK
Acct No xx6251
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 790448
SAINT LOUIS, MO 63179-0179

US BANK
Acct No ANDRES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1550 AMERICAN BLVD. E. SUITE 300
MINNEAPOLIS, MN 55425

US BANK
Acct No NESTOR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1550 AMERICAN BLVD. E SUITE 300
MINNEAPOLIS, MN 55425

VERIFICATION BUREAU
Acct No 6118
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
247 SW 8TH STREET #147
MIAMI, FL 33130

W. CORONADO BUSINESS/STONE CAR
Acct No xxxxx-0550
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 98813
LAS VEGAS, NV 89193

WELLS FARGO BUSINESS LINE
Acct No xxxx-xxxx-xxxx-3287
ATTN:  BANKRUTPCY DESK/MANAGING AGENT
PO BOX 54349
LOS ANGELES, CA 90054-0349